**FILED**

03/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0023

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0023

| | |
|---|---|
| MONTANA DIGITAL, LLC, | |
| Plaintiff and Appellee, | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |
| vs. | |
| TRINITY LUTHERAN CHURCH, | |
| Defendant and Appellant. | |

Appellant Trinity Lutheran Church having filed an Unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellant's Opening Brief shall be filed on or before April 13, 2020.

ELECTRONICALLY DATED AND SIGNED.

Page 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 11 2020